UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-cv-522

| | |
|---|---|
| JULIA WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| ) | |
| DUKE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

NOW COMES Plaintiff, Julia Watson ("Plaintiff"), and Defendant, Duke University ("Defendant"), by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that all of Plaintiff's claims against Defendant in this lawsuit are hereby dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

This the 9th day of October, 2023.

| **GREEN MISTRETTA LAW, PLLC** | **MORNINGSTAR LAW GROUP** |
|---|---|
| /s/ Tahlia D. Cypress | /s/ Harrison Gates |
| Tahlia D. Cypress, N.C. State Bar No. 57862 | Harrison Gates, N.C. State Bar No. 43793 |
| Dawn T. Mistretta, N.C. State Bar No. 31691 | Amie Carmack, N.C. State Bar No. 21970 |
| 1752 Heritage Center Drive, Suite 101 | 421 Fayetteville Street, Suite 530 |
| Wake Forest, North Carolina 27587 | Raleigh, North Carolina 27601 |
| Telephone: (919) 278-7453 | Telephone: (919) 590-0394 |
| Facsimile: (855) 876-8893 | Facsimile: (919) 882-8890 |
| tcypress@gmlawyers.org | hgates@morningstarlawgroup.com |
| dmistretta@gmlawyers.org | acarmack@morningstarlawgroup.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |